UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:18-CR-107-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER TO** |
| | ) | **RELEASE DEFENDANT ON** |
| KAREEM JAQUAIN DENNINGS, | ) | **COMPASSIONATE FULOUGH** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter having come before the Court by Motion of Counsel for Defendant to grant a 13-hour furlough to the Defendant for purposes of attending his father's funeral, and for good cause shown, it is hereby ORDERED that the 13-hour furlough is GRANTED.

The Defendant shall be released not earlier than 6 a.m. to the custody of Ray Guinyard on 15 March 2019, from the Pitt County Detention Facility for purposes of attending the funeral at Wiseman Mortuary, Inc., 431 Cumberland St., Fayetteville, NC 28301 and to attend the visitation to follow. At all times, the Defendant shall remain in the custody of his brother, Ray Guinyard. The Defendant shall return to Pitt County Detention Facility no later than 7 p.m. on 15 March 2019.

IT IS SO ORDERED.

This 13th day of March 2019.

_____
Honorable Louise W. Flanagan
UNITED STATES DISTRICT JUDGE